JOHN W. HOWARD  (SBN 80200)
SCOTT J. STREET (SBN 258962)
**JW Howard/ Attorneys, Ltd.**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel: 619-234-2842; Fax 619-234-1716
Email:  Johnh@jwhowardattorneys.com
          Sstreet@jwhowardattorneys.com


NICHOLAS R. BARRY (TN Bar No. 031963)
(*pro hac vice* forthcoming)
IAN PRIOR (MA Bar No. 655704)
(*pro hac vice* forthcoming)
**America First Legal Foundation**
611 Pennsylvania Ave, SE #231
Washington, DC 20003
Telephone: (615) 431-9303
Email: nicholas.barry@aflegal.org
          ian.prior@aflegal.org

Attorneys for Plaintiff Brian Beneker

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN BENEKER,<br><br>        Plaintiff<br><br>v.<br><br>CBS STUDIOS, INC., a Delaware Corporation, CBS ENTERTAINMENT GROUP, LLC, a California limited liability company, and PARAMOUNT GLOBAL, a Delaware Corporation, | Case No.:<br><br><br>**COMPLAINT**<br><br><br><br>**JURY TRIAL DEMANDED** |

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

Plaintiff Brian Beneker alleges as follows:

## NATURE OF THE ACTION

1. This lawsuit is about Defendants' decision to repeatedly discriminate against Mr. Beneker by denying him employment and extending job opportunities to him based on his race, sex, and sexual orientation in favor of less qualified applicants who were members of more preferred groups by Defendants.

2. Mr. Beneker is a script coordinator and freelance scriptwriter who has been consistently writing episodes for CBS's successful "Seal Team" television series.

3. Mr. Beneker is a white, heterosexual male, and he has been repeatedly denied a staff writer position with the show, even as positions were available and hiring was done to fill them as Defendants hired and promoted numerous others who lacked experience and screenwriting credits but were part of the favored hiring groups; that is, they were nonwhite, LGBTQ, or female.

4. The Defendants have denied Mr. Beneker equal rights in violation of 42 U.S.C. § 1981.

5. Defendants have repeatedly violated Mr. Beneker's rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 et seq. by intentionally discriminating against him because of his race, sex, and sexual orientation.

## PARTIES, JURISDICTION AND VENUE

6. Beneker is a California citizen with his primary residence in Los Angeles, California.

7. Defendant CBS Studios maintains its headquarters in Los Angeles, California, and is incorporated in Delaware. At all times relevant to this complaint, CBS Studios has employed more than fifteen individuals.

8. CBS Entertainment Group, LLC, is a California limited liability company doing business in Los Angeles, California. Plaintiff is informed and believes that CBS Entertainment Group, LLC is the parent company of CBS Studios, Inc. and exercises

control over same.

9.  Paramount Global, a Delaware corporation, is doing business in Los Angeles, California. Plaintiff is informed and believes that Paramount Pictures Corporation is the parent company of CBS Studios, Inc. and exercises control over same.

10.  This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 because the federal claims arise under the Constitution and laws of the United States.

11.  Plaintiff seeks declaratory and injunctive relief under 28 U.S.C. §§ 2201, 2202. Plaintiff seeks compensatory and punitive damages under 42 U.S.C. §§ 1981, 1985(3), 1988, and 42 U.S.C. § 2000e et seq.

12.  Venue is proper in this District under 42 U.S.C § 2000e-5(f)(3), and 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

13.  Defendants CBS Studios, CBS Entertainment Group, and Paramount Global have made numerous public statements advertising their diversity efforts in terms of explicit numerical quotas.

14.  CBS Studios, CBS Entertainment Group, and Paramount Global share key HR functions and policies, including shared anti-discrimination policies.

15.  The CEO of CBS Entertainment Group, George Cheeks, "set a goal that all writers' rooms on the network's primetime series be staffed 40 percent Blacks, Indigenous and People of Color ("BIPOC") in the 2021-22 season; 17 out of 21 shows hit or exceeded that target" according to a 2022 article quoting Mr. Cheeks.[1]

16.  In Paramount's 2021-2022 Environmental, Social, and Governance ("ESG") Report, the company boasted that 56% of the projects in development were from BIPOC creators.[2]

[1] Lynette Rice, *Altered Reality*, ENTERTAINMENT WEEKLY (Feb. 2, 2022), https://bit.ly/3SFs3WU.
[2] Press Release, Paramount Global, Paramount Releases 2021-2022 Environmental, Social, and Governance Report (Sept. 9, 2022) (available at https://bit.ly/47Rhepn).

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

17.     Other outlets report that for the 2022-2023 season of television, CBS Entertainment Group began requiring that writers' rooms be comprised of 50% BIPOC.[3]

18.     CBS Entertainment Group also adopted an initiative requiring 50% of the cast members on their reality shows to be BIPOC.[4]

19.     In 2020, CBS Entertainment Group set a goal to ensure that by "the 2022-2023 broadcast season: half of all writers will be nonwhite."[5]

20.     In its 2021 ESG report, Paramount Global (the parent company of CBS) stated that "We are among the small number of companies with female-majority corporate boards ... We also have one of the highest percentages of female board members (7 of 12) among S&P 500 Index companies. We are conscious of how we need to mirror these accomplishments across the company."[6]

21.     CBS Entertainment Group admits that it uses racial quotas in hiring for its writers' rooms.[7]

22.     CBS Studios, a subsidiary of CBS Entertainment Group, produces the television drama "SEAL Team."

**Season 1**

23.     Brian Beneker became the script coordinator for CBS's show "SEAL Team" when the pilot episode began shooting in March of 2017.

**Season 2**

24.     During the second season of SEAL Team, Brian Beneker was offered an episode script as a freelance writer.

---

[3] Marina Fang, *Hollywood has Opened Some Doors for Underrepresented TV Writers, but What Comes Next?*, THE HUFFINGTON POST (Jan 25, 2021), https://bit.ly/48wOwLi.
[4] Sarah Whitten, *CBS Reality Shows Must Now Habe 50% Non-White Casts, Network Says*, CNBC (Nov. 9, 2020), https://cnb.cx/3Sihh7W.
[5] Christie D'Zurilla, *CBS Anounces Diversity Overhaul of Writers Rooms and Script-Development Program*, LOS ANGELES TIMES (Jul. 13, 2020), https://lat.ms/3Sj1t4O.
[6] *Diversity, Equity, & Inclusion*, PARAMOUNT GLOBAL, https://bit.ly/3IiJ7ME (emphasis added).
[7] *Diversity, Equity, and Inclusion at Paramount, Paramount Global*, https://bit.ly/3TLnCLc.

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

25.     In order to write a freelance script, the showrunner, John Glenn, required Beneker to quit his job as script coordinator for SEAL Team.

26.     A showrunner oversees the writing, directing, producing, and post-production of the television series. In essence, a showrunner is in charge of the scripts and creative direction of the show. In addition, a showrunner is responsible for hiring and firing writers for the series in consultation with the studio.

27.     Beneker wrote the script for Season 2, Episode 14, entitled "What Appears to Be."

28.     CBS produced the episode based on Beneker's script.

29.     John Glenn, the showrunner at the time, praised Beneker for his great work.

30.     Beneker agreed to quit his job as the script coordinator on approximately October 1, 2018, but continued in the role while training his replacement.

31.     Thereafter, CBS hired a woman without any experience as a script coordinator to replace Beneker as script coordinator.

32.     She struggled to do the job, soon became frustrated, and quit approximately two weeks into training.

33.     Beneker was then told he could continue as the Script Coordinator long term, as there was no time to train a new candidate, and the showrunner liked Beneker's previous work in that role.

34.     From this point until the present, Beneker has continued serving as the script coordinator for SEAL Team.

35.     Near the end of filming for Season 2, Beneker received a call from a CBS Creative Executive's office, asking him to confirm that a specific writer for the Seal Team writing staff was, or appeared to be, Asian.

**Season 3**

36.     At the beginning of Season 3, (approximately June of 2019), Beneker

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

asked the showrunner, John Glenn, to hire him as a staff writer for SEAL Team.

37.   Glenn told Beneker that there were already too many staff writers and there was no room for CBS to hire Beneker.

38.   Notwithstanding Showrunner Glenn's representation that the show had too many scriptwriters, Glenn hired a black male who had no previous writing credits and little substantial experience.

39.   On or about September 14, 2019, Spencer Hudnut replaced John Glenn as showrunner.

40.   Around this time, a black woman with no major writing credits was hired as a staff writer, rather than Beneker.

41.   Beneker asked Hudnut why CBS hired the black male writer, and Hudnut indicated it was because he was black.

42.   Spencer Hudnut assigned Beneker another freelance script to write on or about December of 2019.

43.   Beneker co-wrote this script with Executive Producer Holly Harold, and CBS produced it as Season 3, Episode 20, "No Choice in Duty."

44.   This episode, "No Choice in Duty," became the season finale for Season 3.

45.   In February 2020, near the end of filming for Season 3, Spencer Hudnut assured Beneker that he was next in line for a staff writer position.

**Season 4**

46.   At the beginning of Season 4, Mr. Beneker was told by Spencer Hudnut that they could not currently offer him a staff writer job.

47.   During Season 4 a female writer's assistant with no prior writing credits was assigned a freelance script.

**Season 5**

48.   During Season 5 (in or about May of 2021), this female former writer's

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

assistant was then brought on as a staff writer.

**Season 6**

49.     During Season 6, Beneker, as a freelance writer, co-wrote a script for Season 6, Episode 5 with Co-Executive Producer Tom Mularz.

50.     Tom Mularz told Beneker that his writing contribution was excellent, and Spencer Hudnut congratulated Beneker and Mularz on a job well done.

51.     During Season 6, (in approximately May of 2022), two female writer's assistants, without any writing credits, were hired as staff writers.

52.     The first of these two hires was black.

53.     The second identified as lesbian.

54.     Neither of these two hires had been tasked with writing freelance scripts before being hired on staff, and neither had any writing credits.

55.     Beneker was told by Spencer Hudnut that these two applicants, a lesbian woman, and a black woman, checked diversity boxes that Beneker did not.

56.     Hudnut stated that this was the reason they were hired over Beneker.

57.     During this conversation, Beneker asked Hudnut if the two new hires were better writers than he was.

58.     Hudnut responded that the two new writers would not get scripts to write, which Beneker understood to mean that they were not being hired for their writing ability.

59.     Hudnut indicated the reason Beneker could not be brought on as a staff writer was that he did not check any diversity boxes, thus confirming that the Defendants deliberately discriminated against Beneker on the basis of his race, sex, gender, and sexual orientation.

60.     Beneker understood this to mean that the Defendants would not permit him to be hired because he is a heterosexual, white male.

**Season 7**

61.    At the beginning of Season 7, another female writer's assistant without any writing credits was hired as a staff writer, rather than Beneker, despite Beneker's superior credentials and repeatedly stated request that he be hired for that position.

62.    Mr. Beneker still has not been offered a staff writing role with SEAL Team despite being promised the next available slot in February 2020.

63.    Since then, CBS Studios has brought in at least six additional staff writers for SEAL Team, all of whom are female. This, despite the Defendants' representation that there were already too many staff writers.

64.    Mr. Beneker was assigned another freelance script (co-written with Co-Executive Producer Dana Greenblatt) and was granted initial approval by CBS, it is in production and is scheduled to be released as Season 7, Episode 8.

65.    Defendants have implemented an illegal policy of race and sex "balancing" in the SEAL Team writers' room.

66.    This balancing policy has created a situation where heterosexual, white men need "extra" qualifications (including military experience or previous writing credits) to be hired as staff writers when compared to their nonwhite, LGBTQ, or female peers, who require no such "extra" qualifications.

67.    Defendants have discriminated in its hiring of staff writers to meet this illegal race, sexual orientation, and sex quota.

68.    As a result of the Defendants' actions herein, Plaintiff has incurred damages consisting of lost wages, including back pay and future pay, as well as loss of benefits and expected wage increases under his union contract. The amount of lost wages and benefits will be proven at trial but is believed to exceed $500,000.

69.    Beneker exhausted his administrative remedies by filing a charge of discrimination with the Equal Employment Opportunity Commission.

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

## FIRST CLAIM FOR RELIEF

### (Violation of the Civil Rights Act of 1866, 42 U.S.C. §1981)

70.     Beneker incorporates paragraphs 1 through 69 of this Complaint as though set forth fully herein.

71.     42 U.S.C. § 1981 prohibits racial discrimination in the making and enforcement of private contracts.

72.     It protects the rights of "would-be" contractors along with those who have already made contracts.

73.     But for his race, Mr. Beneker would have been hired as a staff writer.

74.     However, because of his race, he was not considered for, hired or promoted to a staff writing position. Indeed, because of his race he was affirmatively denied employment and promotion.

75.     Mr. Beneker attempted but was unable to make a contract with Defendants as a staff writer "because of" Defendants' purposeful discrimination against the Plaintiff on the basis of Plaintiff's race.

76.     Defendants are knowingly and intentionally violating § 1981 by expressly excluding Mr. Beneker from employment and other contract opportunities because of his race.

77.     Defendants have acted with malice and/or reckless indifference to Mr. Beneker's rights and thus have caused Mr. Beneker to be damaged.

## SECOND CLAIM FOR RELIEF

### (Violation of Title VII of the Civil Rights Act of 1965, 42 U.S.C. § 2000e et seq.)

78.     Beneker incorporates paragraphs 1 through 77 of this Complaint as though set forth fully herein.

79.     Defendants have implemented a policy requiring illegal quotas for race and sex in the hiring of staff writers.

80.     Defendants have created a de facto hiring policy whereby nonwhite,

LGBTQ, and female applicants are preferred over white, heterosexual, or male applicants.

81.     Mr. Beneker was qualified for the staff writer position but was not hired or promoted by Defendants. Defendants failed to hire or promote Mr. Beneker due to his race, sex, and heterosexuality.

82.     Further, similarly situated individuals outside of Plaintiff's race, sex, and sexual orientation were treated more favorably by Defendants.

83.     Mr. Beneker has a Notice of Right to Sue Letter from the United States Equal Employment Opportunity Commission, dated December 28, 2023. See Exhibit 1.

84.     Mr. Beneker has complied with Title VII's charge filing provisions, 42 U.S.C. §§ 2000e-5(e)(1) and (f)(1).

85.     The Defendants' actions as described herein constitute an unlawful race and sex discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and thus have caused Mr. Beneker to be damaged.

## **PRAYER FOR RELIEF**

WHEREFORE, Mr. Beneker respectfully requests that this Court enter judgment in his favor and against all Defendants jointly and severally as to all Counts alleged and grant the following relief:

A.     A declaratory judgment that the Defendants' de facto hiring policy violates 42 U.S.C. § 1981 and/or Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 et seq.

B.     A permanent injunction barring the Defendants from violating applicable nondiscrimination laws.

C.     An injunction requiring Defendants to offer Plaintiff a full-time job as a producer.

D.     Actual and compensatory damages in an amount exceeding $500,000.

JW HOWARD/ ATTORNEYS, LTD.
600 WEST BROADWAY, SUITE 1400
SAN DIEGO, CALIFORNIA 92101

E.      Punitive damages under 42 U.S.C. § 1981, in an amount to be determined at trial.

F.      An order for such equitable relief, including back pay, will make Brian Beneker whole for the Defendant's conduct; compensatory damages; punitive damages; and prejudgment and post-judgment interest.

G.      Reasonable costs and expenses of this action, including attorneys' fees, costs, and disbursements under 42 U.S.C. § 1988 and any other applicable laws.

H.      Pre- and post-judgment interest.

I.      Such other relief as the Court deems appropriate and just.

DATED:  February 28, 2024          **JW HOWARD │ ATTORNEYS, LTD.**
                                    **AMERICA FIRST LEGAL FOUNDATION**


By: _____

John W. Howard
Attorneys for Plaintiff
BRIAN BENEKER

## JURY TRIAL DEMAND

Mr. Beneker demands a trial by jury on all claims for which it is available.

DATED:  February 28, 2024

**JW HOWARD│ATTORNEYS, LTD.**
**AMERICA FIRST LEGAL FOUNDATION**

By: _____
John W. Howard
Attorneys for Plaintiff
BRIAN BENEKER

COMPLAINT