MOLLY M. LENS (S.B. #283867)
mlens@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

NATASHA W. TELEANU (*pro hac vice*)
nteleanu@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: +1 212 326 2000
Facsimile: +1 212 326 2061

JOSHUA REVESZ (*pro hac vice*)
jrevesz@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for Defendants CBS Studios Inc. and Paramount Global*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BENEKER,<br><br>Plaintiff,<br><br>v.<br><br>CBS STUDIOS, INC. and PARAMOUNT GLOBAL,<br><br>Defendants. | Case No.: 2:24-cv-01659<br><br>**DECLARATION OF LEAD COUNSEL FOR DEFENDANTS CBS STUDIOS INC. AND PARAMOUNT GLOBAL MOLLY M. LENS** |

I, Molly M. Lens declare as follows:

1. I am an attorney duly admitted to practice in the State of California and am a partner with O'Melveny & Myers LLP, the attorneys of record for Defendants CBS Studios Inc. and Paramount Global.

2. In accordance with the Court's Standing Order issued on March 1, 2024, ECF No. 12, this declaration notifies the Court that:

    a. I am registered as a "CM/ECF User";

    b. I have provided my email address of record as set forth in the caption above; and

    c. I have read the Court's Standing Order.[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on May 7, 2024 at Los Angeles, California.

Dated: May 7, 2024

**O'MELVENY & MYERS LLP**

By: */s/ Molly M. Lens*
Molly M. Lens
mlens@omm.com

*Attorneys for Defendants CBS Studios Inc., and Paramount Global*

---

[1] In accordance with the Standing Order, this declaration should have been filed on or before yesterday, and I apologize for the inadvertent delay.

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by O'Melveny & Myers LLP in the City and County of San Francisco, State of California. My business address is 2 Embarcadero Center, San Francisco, California 94111.

On May 7, 2024, I electronically filed the **DECLARATION OF LEAD COUNSEL FOR DEFENDANTS CBS STUDIOS INC. AND PARAMOUNT GLOBAL MOLLY M. LENS** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 7, 2024 at San Francisco, California.

/s/ *Anna M. Rotrosen*
Anna M. Rotrosen