MOLLY M. LENS (S.B. #283867)
mlens@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

NATASHA W. TELEANU (*pro hac vice*)
nteleanu@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: +1 212 326 2000
Facsimile: +1 212 326 2061

JOSHUA REVESZ (*pro hac vice*)
jrevesz@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for Defendants CBS Studios Inc. and Paramount Global*

[Additional Counsel on Next Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BENEKER,<br><br>Plaintiff,<br><br>v.<br><br>CBS STUDIOS, INC. and PARAMOUNT GLOBAL,<br><br>Defendants. | Case No.: 2:24-cv-01659-JFW-SSC<br><br>**JOINT STATEMENT CONCERNING LOCAL RULE 7-3 CONFERENCE AND JOINT STIPULATION REGARDING BRIEFING SCHEDULE** |

# **ADDITIONAL COUNSEL**

JOHN W. HOWARD (S.B. # 80200)
Johnh@jwhowardattorneys.com
SCOTT J. STREET (S.B. 258962)
Sstreet@jwhowardattorneys.com
JW Howard/ Attorneys, Ltd.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel: 619-234-2842; Fax 619-234-1716

NICHOLAS R. BARRY (*pro hac vice*)
nicholas.barry@aflegal.org
IAN PRIOR (*pro hac vice*)
ian.prior@aflegal.org
America First Legal Foundation
611 Pennsylvania Ave, SE #231
Washington, DC 20003
Telephone: (615) 431-9303

*Attorneys for Plaintiff Brian Beneker*

**JOINT STATEMENT CONCERNING LOCAL RULE 7-3 CONFERENCE**

Pursuant to Local Rule 7-3 and this Court's Standing Order, the parties respectfully inform the Court that they held meet-and-confer conferences on May 7, 2024, and May 8, 2024, in advance of Defendants' contemplated motion to dismiss Plaintiff's First Amended Complaint. The May 7 meet-and-confer conference ran from approximately 1:00pm PT to 1:30pm PT and was conducted via Zoom due to lead counsel being located in different counties. John Howard (designated lead counsel) attended for Plaintiff, and Molly M. Lens (designated lead counsel) and Joshua Revesz attended for Defendants CBS Studios, Inc. and Paramount Global. The May 8 meet-and-confer conference ran from approximately 11am PT to 11:15am PT, was conducted via Zoom, and was attended by the same counsel.

The parties reached agreement on certain issues, and accordingly stipulate as follows:

**WHEREAS,** Plaintiff filed his First Amended Complaint on April 30, 2024;

**WHEREAS,** Defendants' deadline to respond to the First Amended Complaint is May 14, 2024;

**WHEREAS,** during the parties' meet-and-confer conference, the parties agreed that further amendment of the operative complaint could simplify the issues before the Court;

**WHEREAS,** Plaintiff has accordingly offered to amend his operative complaint to include: (1) the date on which he filed a charge with the Equal Employment Opportunity Commission; and (2) the race of certain writers;

**WHEREAS,** Defendants consent to the further amendment of the operative complaint;

**WHEREAS,** the parties agree that, following this amendment, the remaining disagreements between the parties—including the application, if any, of the First Amendment to this dispute—are not susceptible to resolution by further amendment;

**WHEREAS,** Defendants therefore intend to move to dismiss Plaintiff's Second Amended Complaint, once filed, pursuant to Federal Rule of Civil Procedure 12(b)(6);

**WHEREAS,** the parties were able to reach agreement on the hearing date and briefing schedule for the Motion, which is laid out below and the parties respectfully request be approved by the Court.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel of record, subject to the Court's approval, that:

1. Plaintiff will file his Second Amended Complaint by May 13, 2024.
2. Defendants will move to dismiss the Second Amended Complaint by May 23, 2024.
3. Plaintiff will file an opposition to Defendants' motion by June 17, 2024.
4. Defendants will file a reply by July 1, 2024.
5. Defendants' motion will be noticed for July 15, 2024.

| | | |
|---|---|---|
| 1 | Dated: May 10, 2024 | **O'MELVENY & MYERS LLP** |
| 2 | | |
| 3 | | By: */s/ Molly M. Lens* |
| 4 | | Molly M. Lens |
| 5 | | mlens@omm.com |
| 6 | | *Attorney for Defendants CBS Studios,* |
| 7 | | *Inc. and Paramount Global* |
| 8 | | **JW HOWARD/ ATTORNEYS, LTD.** |
| 9 | | |
| 10 | | By: */s/ John W. Howard* |
| 11 | | John W. Howard |
| 12 | | Johnh@jwhowardattorneys.com |
| 13 | | *Attorney for Plaintiff Brian Beneker* |

**<u>Attestation</u>**

I hereby attest that all signatures listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 10, 2024

**O'MELVENY & MYERS LLP**

  */s/ Molly M. Lens*
Molly M. Lens
mlens@omm.com

*Attorney for Defendants CBS Studios Inc. and Paramount Global*