MOLLY M. LENS (S.B. #283867)
mlens@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone: +1 310 553 6700
Facsimile:  +1 310 246 6779

NATASHA W. TELEANU (*pro hac vice*)
nteleanu@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: +1 212 326 2000
Facsimile:  +1 212 326 2061

JOSHUA REVESZ (*pro hac vice*)
jrevesz@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: +1 202 383 5300
Facsimile:  +1 202 383 5414

*Attorneys for Defendants CBS Studios Inc. and Paramount Global*

[Additional Counsel on Next Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BENEKER,<br><br>Plaintiff,<br><br>v.<br><br>CBS STUDIOS, INC. and PARAMOUNT GLOBAL,<br><br>Defendants. | Case No.: 2:24-cv-01659-JFW-SSC<br><br>**JOINT STATEMENT CONCERNING LOCAL RULE 7-3 CONFERENCE AND JOINT STIPULATION REGARDING BRIEFING AND DISCOVERY SCHEDULE** |

# **ADDITIONAL COUNSEL**

JOHN W. HOWARD (S.B. # 80200)
Johnh@jwhowardattorneys.com
SCOTT J. STREET (S.B. 258962)
Sstreet@jwhowardattorneys.com
JW Howard/ Attorneys, Ltd.
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel: 619-234-2842; Fax 619-234-1716

NICHOLAS R. BARRY (*pro hac vice*)
nicholas.barry@aflegal.org
IAN PRIOR (*pro hac vice*)
ian.prior@aflegal.org
America First Legal Foundation
611 Pennsylvania Ave, SE #231
Washington, DC 20003
Telephone: (615) 431-9303

*Attorneys for Plaintiff Brian Beneker*

**JOINT STATEMENT CONCERNING LOCAL RULE 7-3 CONFERENCE**

Pursuant to the Court's June 4, 2024, Order (ECF No. 44), the Court's Standing Order (ECF No. 21), and Local Rule 7-3, the parties respectfully submit this joint statement to apprise the Court of their meet-and-confer efforts after the filing of Plaintiff's Third Amended Complaint on June 10, 2024. On June 13, 2024, the parties met and confer by Zoom, as designated lead counsel for the parties are located in different counties, with the discussion running from approximately 2:30 p.m. PT to 3:00 p.m. PT. John Howard (designated lead counsel) attended for Plaintiff, and Molly M. Lens (designated lead counsel) and Joshua Revesz attended for Defendants CBS Studios Inc. and Paramount Global.

The parties have previously held several meet-and-confer discussions in this case. *See* ECF Nos. 27, 36, 42. While the parties continue to disagree about the application of the First Amendment, the parties' meet-and-confer discussions have substantially narrowed the other issues potentially requiring resolution. In particular, Plaintiff's Third Amended Complaint confirms that Plaintiff's Title VII claim does not include allegations relating to "[e]mployment actions occurring more than 300 days prior to December 20, 2023, including those described in the above paragraphs at 36, 38, 40, 52, and 53." Third Amended Complaint ¶ 83. It also confirms that Plaintiff's Section 1981 claim does not include allegations "relating to the hiring of whites." *Id.* ¶ 80. The Third Amended Complaint thus resolves two of the legal issues presented in Defendants' May 23, 2024 Motion to Dismiss. As to the remaining issues, however, the parties agree that—despite their good-faith and thorough discussions—there is no further possibility of amendments that would obviate the need for the Court's review.

As to the First Amendment, building on their prior meet-and-confer discussions with respect to the prior complaints, the Parties once again discussed their respective positions. In particular, as laid out in Defendants' May 23, 2024 Motion to Dismiss, Defendants contend that they have a constitutional right to

select the writers best able to produce CBS's expressive programming according to its artistic vision. Plaintiff, in contrast, contends that the First Amendment does not provide a defense against discrimination claims. The Parties discussed and agreed that this fundamental legal dispute is appropriate for resolution on Defendants' anticipated motion to dismiss.

As to the timeliness of Plaintiff's Section 1981 claim, Defendants contend that the claim falls outside the statute of limitations to the extent that it is premised on the hiring of certain writers in 2019. During the June 13 discussion, Defendants provided Plaintiff with case citations that they contend support their position. Plaintiff agreed to review such authority. On June 17, 2024, Plaintiff's counsel informed Defendants' counsel that he had reviewed the provided authority and continued to contend that the continuing-violations doctrine applies to Section 1981 claims. The parties are in agreement that this fundamental legal dispute is appropriate for resolution on Defendants' anticipated motion to dismiss.

Thus, although the parties thoroughly discussed the remaining issues in the case, both on the June 13 conference and subsequently, the parties were not able to reach agreement on any matters that would obviate the filing of a motion to dismiss, with their meet-and-confer efforts concluding on June 17, 2024.

Although the parties are at an impasse concerning the substance of this litigation, the parties were able to agree on a requested adjustment to the current schedule Defendants' anticipated motion to dismiss, as well as the scheduled Rule 16 conference. The adjustment is necessitated by counsels' travel schedules; in particular, Defendants' counsel of record, Molly M. Lens, will be out of the country on pre-planned travel during both the scheduled dates for the Rule 16 conference (August 5, 2024) and the motion to dismiss hearing (August 12, 2024). The parties accordingly stipulate as follows:

**WHEREAS,** on June 4, 2024, the Court entered a scheduling order in this matter, *see* ECF No. 42;

1  **WHEREAS,** on June 10, 2024, Plaintiff filed his Third Amended Complaint, *see* ECF No. 43;

3  **WHEREAS**, on June 17, 2024, the parties completed their meet-and-confer discussions surrounding the anticipated motion to dismiss the Third Amended Complaint;

6  **WHEREAS**, as described above, the parties were not able to reach further agreement on the substance of the legal issues, and agree that the Court's resolution of those issues is appropriate on Defendants' anticipated motion to dismiss;

9  **WHEREAS**, as described above, the parties were able to reach agreement on requested adjustments to the current schedule, necessitated in part by the fact that Defendants' lead counsel will be out of the country on pre-planned travel on the current date for the Rule 16 conference (August 5, 2023) and the hearing for Defendants' anticipated motion to dismiss (August 12, 2023);

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel of record, subject to the Court's approval, that:

1. Defendants will move to dismiss the Third Amended Complaint by June 24, 2024.
2. Plaintiff will oppose the motion by July 15, 2024.
3. Defendants will file their reply by July 29, 2024.
4. The hearing will be noticed for August 19, 2024, or any subsequent date convenient for the Court.
5. The Rule 16 conference will be noticed for August 19, 2024, or any subsequent date convenient for the Court.

Dated: June 20, 2024

**O'MELVENY & MYERS LLP**

By: */s/ Molly M. Lens*
Molly M. Lens
mlens@omm.com

*Attorney for Defendants CBS Studios Inc. and Paramount Global*

**JW HOWARD/ ATTORNEYS, LTD.**

By: */s/ John W. Howard*
John W. Howard
Johnh@jwhowardattorneys.com

*Attorney for Plaintiff Brian Beneker*

**Attestation**

I hereby attest that all signatures listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:      June 20, 2024

**O'MELVENY & MYERS LLP**


  */s/ Molly M. Lens*
Molly M. Lens
mlens@omm.com

*Attorney for Defendants CBS Studios Inc. and Paramount Global*