# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BENEKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CBS STUDIOS, INC. and PARAMOUNT GLOBAL,<br><br>　　　　Defendants. | Case No.: 2:24-cv-01659-JFW-SSC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING AND DISCOVERY SCHEDULE [DKT NO. 44]** |

　　On June 20, 2024, Plaintiff Brian Beneker ("Plaintiff") and Defendants CBS Studios Inc. and Paramount Global ("Defendants" and together with Plaintiff, the "Parties") filed a Joint Stipulation Regarding Briefing Schedule.  Subject to the Court's approval, the Parties jointly stipulated that: (1) Defendants will move to dismiss the Third Amended Complaint by June 24, 2024; (2) Plaintiff will oppose the motion by July 15, 2024; (3) Defendants will file their reply by July 29, 2024; (4) the hearing will be noticed for August 19, 2024, or any subsequent date convenient for the Court; and (5) the Rule 26 conference will be noticed for August 19, 2024, or any subsequent date convenient for the Court.

The Court, having considered the stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' motion to dismiss the Third Amended Complaint is due June 24, 2024.
2. Plaintiff's opposition is due July 15, 2024.
3. Defendants' reply is due July 29, 2024.
4. The hearing will be noticed for August 19, 2024.
5. The Rule 26 conference will be noticed for August 19, 2024.

**IT IS SO ORDERED.**

Dated:

HON. JOHN F. WALTER