MOLLY M. LENS (S.B. #283867)
mlens@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

NATASHA W. TELEANU (*pro hac vice*)
nteleanu@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: +1 212 326 2000
Facsimile: +1 212 326 2061

JOSHUA REVESZ (*pro hac vice*)
jrevesz@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for Defendants CBS Studios Inc. and Paramount Global*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN BENEKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CBS STUDIOS, INC. and PARAMOUNT GLOBAL,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-01659-JFW-SSC<br><br>**DECLARATION OF MOLLY M. LENS IN SUPPORT OF CBS STUDIOS INC. AND PARAMOUNT GLOBAL'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Date: August 19, 2024<br>Time: 1:30pm<br>Judge: Hon. John F. Walter<br>Courtroom: 7A<br><br>Third Amended Complaint Filed: June 10, 2024 |

1    I, Molly M. Lens, declare and state:

2    1.    I am a member in good standing of the State Bar of California and am a partner at O'Melveny & Myers LLP. I am a counsel for Defendants CBS Studios Inc. and Paramount Global in the above-entitled action, and I make this declaration in support of Defendants' Motion To Dismiss Plaintiff's Third Amended Complaint ("TAC") pursuant to Federal Rule of Civil Procedure 12(b)(6). I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2.    Prior to the filing of this motion, the parties engaged in extensive meet-and-confer efforts. As discussed in the parties' prior Rule 7-3 statements, and Beneker's amendments to date, those meet-and-confer efforts have eliminated several areas of dispute. Reflecting such progress, during the parties' final meet-and-confer efforts, Beneker's counsel confirmed that he had reviewed Defendants' prior motion to dismiss, with the only issues of disagreement discussed being the application of the First Amendment to discrimination claims and the application of the continuing violations theory to Section 1981 claims.

3.    Paragraph 16 of the TAC cites a Paramount press release concerning Paramount's 2021-2022 Environmental, Social, and Governance ("ESG") Report for the allegation that "the company boasted that 56% of the projects in development were from BIPOC creatives." The citations in the TAC contain "Bitly" links to various website addresses. Bitly is a uniform resource locator ("URL") shortener for website addresses, that is, it allows individuals (here, Plaintiff) to generate a shortened URL, which automatically redirects to the longer URL.[1] Although the Bitly link contained in footnote 2 of the TAC no longer redirects to that press release, that press release—including the claim quoted in the

---

[1] For example, the Bitly link https://bit.ly/47Rhepn, which Beneker created for the Complaint, is much shorter than the original URL cited above.

1  TAC—may be found at https://ir.paramount.com/news-releases/news-release-
2  details/paramount-releases-2021-2022-environmental-social-and-governance.  The
3  Bitly link's failure to redirect to the correct page occurred between the filing of the
4  Second Amended Complaint ("SAC") and the TAC, as indicated by the fact that the
5  Declaration of Molly M. Lens accompanying CBS's motion to dismiss the SAC
6  contained a screen capture of the page dated May 23, 2024.  Dkt. 40-2, at 2.  For the
7  Court's convenience, a true and correct copy of the press release, as previously
8  accessed at the URL in the SAC, is attached hereto as **Exhibit A**.

9        4.     Paragraph 19 of the TAC quotes and cites a July 13, 2020 article by
10  Christie D'Zurilla, published in the *Los Angeles Times*, titled *CBS Announces*
11  *Diversity Overhaul of Writers Rooms and Script-Development Program*, for the
12  allegation that "CBS Entertainment Group set a goal to ensure that by 'the 2022-
13  2023 broadcast season:  half of all writers will be nonwhite.'"  As reflected in
14  footnote 5 of the TAC, this article may be found at https://lat.ms/3Sj1t4O.  For the
15  Court's convenience, a true and correct copy of this article, as accessed at the URL
16  in the TAC, is attached hereto as **Exhibit B**.

17        5.     Paragraph 21 of the TAC quotes and cites a page from Paramount's
18  website for the allegation that "CBS Entertainment Group admits that it uses racial
19  quotas in hiring for its writers' rooms."  Although the Bitly link in footnote 7 of the
20  TAC is no longer operative, a copy of the webpage to which the Bitly link
21  previously pointed can be found here: https://www.paramount.com/inclusion-
22  impact/inclusion.  The Bitly link's failure to redirect to the correct page occurred
23  between the filing of the SAC and the TAC, as indicated by the fact that the
24  Declaration of Molly M. Lens accompanying CBS's motion to dismiss the SAC
25  contained a screen capture of the page dated May 23, 2024.  Dkt. 40-2, at 11.  For
26  the Court's convenience, a true and correct copy of this webpage, as previously
27  accessed at the URL in the SAC, is attached hereto as **Exhibit C**.
28

| | |
|---|---|
| Dated: June 24, 2024 | **O'MELVENY & MYERS LLP** |

By: *[signature: Molly M. Lens]*
Molly M. Lens
mlens@omm.com

*Attorneys for Defendants CBS Studios Inc. and Paramount Global*