# Exhibit B

ADVERTISEMENT


TELEVISION

# CBS announces diversity overhaul of writers rooms and script-development program

By Christie D'Zurilla
Staff Writer

July 13, 2020 1:37 PM PT

CBS wants at least 40% of its writers to be Black, indigenous or people of color by the 2021-22 broadcast season and has earmarked 25% of its future script-development money to projects with BIPOC creators or producers, the network announced Monday.

It also set a goal for the 2022-23 broadcast season: half of all writers will be nonwhite. More immediately, it says it will add writers of color on "select CBS series" for the 2020-21 season.

The effort is part of a broad initiative to "more accurately reflect diversity both on-screen and behind-the-camera," CBS said in a statement. The development money will start flowing when development begins for the 2021-22 season.

**Subscribers are Reading**

FOR SUBSCRIBERS
The dirty secret of California's legal weed

FOR SUBSCRIBERS
Plaschke: In foolishly hiring JJ Redick, Lakers continue down the road to nowhere

FOR SUBSCRIBERS
Behind the stunning job losses in Hollywood: 'The audience has moved on'

FOR SUBSCRIBERS
Forget the graffiti. L.A.'s most notorious skyscrapers have a much bigger problem

FOR SUBSCRIBERS
'Unprecedented time': Hollywood slowdown brings peril for talent agencies, managers

ADVERTISEMENT


ADVERTISEMENT


"While steady progress has been made in recent years both in front of and behind the camera, change needs to happen faster, especially with creators and leadership roles on the shows," said George Cheeks, president and chief executive of CBS Entertainment Group, in the statement.



"While steady progress has been made in recent years both in front of and behind the camera, change needs to happen faster, especially with creators and leadership roles on the shows," said George Cheeks, president and chief executive of CBS Entertainment Group, in the statement.

"As a network with ambitions to be a unifier and an agent of change at this important time, these new initiatives will help accelerate efforts to broaden our storytelling and make CBS programming even more diverse and inclusive."



**HOLLYWOOD INC.**
**Black writers are getting hired. But they aren't getting promoted**
June 24, 2020

Cheeks, who had been a rising star at NCBUniversal, took over from Joe Ianniello at CBS after the ViacomCBS merger. It was the first time in a quarter-century that CBS turned to an outsider to manage the business rather than grooming talent from within.

A month ago, in the wake of Black Lives Matter protests, the Writers Guild of America West published an open letter from its Committee of Black Writers calling in part for an overhaul of the way the film and TV industry hires writers.

"Either you commit to a new, institutionalized system of accountability with and to Black writers, or you prove that you're putting on just another strategic, virtue-signaling performance deemed necessary to survive the times," the writers wrote in the letter, signed by Michelle Amor and Hilliard Guess, cochairs of the CBW, and Bianca Sams, its vice chair.

While Hollywood companies — led by Netflix and followed by others including Walt Disney's Hulu, Warner Bros. and CBS — have shared messages of support, the writers asked networks and studios to address issues they said prevent Black writers from entering and succeeding in the industry.

ADVERTISEMENT



 **Get our daily Entertainment newsletter**
Get the day's top stories on Hollywood, film, television, music, arts, culture and more.

### Latest Television


TELEVISION
In 'Land of Women,' Eva Longoria leads a desperate trio on the run in Spain's wine country
June 21, 2024


TELEVISION
Kourtney Kardashian reveals her baby suffered a life-threatening lung condition in utero
June 20, 2024


MOVIES
Donald Sutherland, stately star of 'MASH,' 'Ordinary People' and 'Hunger Games,' dies at 88
June 20, 2024


AWARDS
20 years ago at the Emmys: An effusive Elaine Stritch has the time of her life
June 20, 2024


AWARDS
Naomi Watts on why her acting career 'went quiet': It's 'not for lack of trying'
June 20, 2024

Document title: CBS reveals diversity plan for writers rooms, development - Los Angeles Times
Capture URL: https://www.latimes.com/entertainment-arts/tv/story/2020-07-13/cbs-racial-diversity-effort-writers-development-bipoc
Capture timestamp (UTC): Fri, 21 Jun 2024 22:18:34 GMT

Exhibit B
Page 9

#### ✉️ Get our daily Entertainment newsletter

Get the day's top stories on Hollywood, film, television, music, arts, culture and more.

Enter email address    SIGN ME UP

You may occasionally receive promotional content from the Los Angeles Times.

"We Black writers who have 'made it' in Hollywood have still been denied jobs at all levels, passed over for opportunities we were qualified for, rejected from writers' rooms because of a 'lack of experience,' unsupported when seeking to create content specifically for Black audiences, critically underpaid and mistreated compared to white counterparts, and historically ignored during awards season," the letter read.

*Staff writers Anoush Sakoui and Meg James contributed to this report.*

### More to Read


**CBS orders daytime drama about a Black family under pact with NAACP**
April 15, 2024


**Diversity makes a comeback among the Emmy performance winners**
Jan. 15, 2024


**CBS to air 2024 Golden Globes, ending awards' longtime partnership with NBC**
Nov. 17, 2023

TELEVISION    HOLLYWOOD INC.



#### ✉️ The complete guide to home viewing

Get Screen Gab for everything about the TV shows and streaming movies everyone's talking about.

Enter email address    SIGN ME UP

You may occasionally receive promotional content from the Los Angeles Times.

 **Christie D'Zurilla**
🐦 Twitter  📷 Instagram  ✉️ Email  f Facebook



Get Screen Gab for everything about the TV shows and streaming movies everyone's talking about.

Enter email address  **SIGN ME UP**

You may occasionally receive promotional content from the Los Angeles Times.



### Christie D'Zurilla

Twitter   Instagram   Email   Facebook

Christie D'Zurilla is an assistant editor for entertainment news on the Fast Break team. A graduate of USC, she joined the Los Angeles Times in 2003 as a copy editor, started writing about celebrities in 2009 and has more than 34 years of journalism experience in Southern California.







## More From the Los Angeles Times



**TELEVISION**
Who is Alex Trebek? 'Jeopardy!' icon inspires new USPS Forever stamp
1 hour ago

**ENTERTAINMENT & ARTS**
Taylor Wily, 'Hawaii Five-0' and 'Forgetting Sarah Marshall' actor, dies at 56
June 21, 2024



**TELEVISION**
Kevin Costner's 'Yellowstone' ride is officially over. Take it from John Dutton himself
June 21, 2024

**BOOKS**
'The faker a show is, the more ethical it is': Emily Nussbaum on the conditions of reality TV
June 21, 2024

### Around the Web







Kevin Costner's
'Yellowstone' ride is
officially over. Take it
from John Dutton himself
June 21, 2024



'The faker a show is, the more authentic it is.' Emily Nussbaum on the conditions of reality TV
June 21, 2024


ADVERTISEMENT

## Around the Web



**All Canadians Aged 40-80 May Qualify for This $250,000 Tax-free Life Benefit**
DOLLARGUARDIAN



**2 Gummies Before Bed "Fixes" Years of Pain & Arthritis (Powerful Natural Relief)**
HEALTH NEWS - PAIN RELIEF



**This is What Full Mouth Dental Implants Should Cost You in 2024**
DENTAL IMPLANTS | SEARCH ADS



**Doctor From Mississauga Says This Drugstore Wrinkle Cream is Actually Worth It**

**1 Simple Trick Removes Wrinkles in Seconds!**
INFOMEDSOLUTION



**Tiger Woods' Ex-wife - Try Not to Gasp when You See Her Now**
NEWZGEEKS.NET

ADVERTISEMENT



# Los Angeles Times

A California Times Publication

Subscribe for unlimited access
Site Map
Follow Us

| | |
|---|---|
| eNewspaper | Crossword |
| Coupons | Obituaries |
| Find/Post Jobs | Recipes |
| Place an Ad | L.A. Times Compare |
| Media Kit: Why the L. A. Times? | L.A. Times Store |
| Bestcovery | Wine Club |

About/Contact
For the Record
L.A. Times Careers
Manage Subscription
Reprints and Permissions
Site Map





June 21, 2024

June 21, 2024



ADVERTISEMENT

## Around the Web

**All Canadians Aged 40-80 May Qualify for This $250,000 Tax-free Life Benefit**
DOLLARGUARDIAN

**2 Gummies Before Bed "Fixes" Years of Pain & Arthritis (Powerful Natural Relief)**
HEALTH NEWS - PAIN RELIEF

**This is What Full Mouth Dental Implants Should Cost You in 2024**
DENTAL IMPLANTS | SEARCH ADS




**Doctor From Mississauga Says This Drugstore Wrinkle Cream is Actually Worth It**

**1 Simple Trick Removes Wrinkles in Seconds!**
INFOMEDSOLUTION

**Tiger Woods' Ex-wife - Try Not to Gasp when You See Her Now**
NEWZGEEKS.NET

ADVERTISEMENT



---

# Los Angeles Times

A California Times Publication

Subscribe for unlimited access

Site Map

Follow Us

    

| | | |
|---|---|---|
| eNewspaper | Crossword | About/Contact |
| Coupons | Obituaries | For the Record |
| Find/Post Jobs | Recipes | L.A. Times Careers |
| Place an Ad | L.A. Times Compare | Manage Subscription |
| Media Kit: Why the L. A. Times? | L.A. Times Store | Reprints and Permissions |
| Bestcovery | Wine Club | Site Map |

Copyright © 2024, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information