# EXHIBIT C

INCLUSION & IMPACT  /  INCLUSION

# DIVERSITY, EQUITY & INCLUSION



Paramount is committed to diversity, equity, inclusion and belonging. We believe that to be the best creators and storytellers, our company must reflect, celebrate and elevate the diversity of our audiences.

Our DEI approach is based on our five pillars: Leadership Engagement, Employee Investment, Workplace Initiatives, Content Diversification, and Community Linkages.



# LEADERSHIP ENGAGEMENT



Document title: Inclusion | Paramount
Capture URL: https://www.paramount.com/inclusion-impact/inclusion
Capture timestamp (UTC): Thu, 23 May 2024 01:06:55 GMT

Exhibit C
Page 14

ABOUT    NEWS    CAREERS    INCLUSION & IMPACT    INVESTORS    Paramount+

# LEADERSHIP ENGAGEMENT

DEI is a shared journey that starts at the top with our leadership team and Board of Directors. With transparency and accountability as key requirements governing the way we operate, these leaders drive the policies, programs, and initiatives that carry our commitment forward. Paramount's Global Inclusion Advisory Committee (GIAC) is composed of senior leaders and meets quarterly to discuss key DEI issues and business initiatives.





# EMPLOYEE INVESTMENT

We embed DEI into every aspect of our employee experience—including specific programs to strengthen how we attract, develop, retain, and measure our progress. This work is supported by many internal stakeholders, including our dynamic Employee Resource Groups and Inclusivity Councils.

LEARN MORE →





ABOUT   NEWS   CAREERS   INCLUSION & IMPACT   INVESTORS   Paramount+

# WORKPLACE INITIATIVES

We continue to create policies and programs to ensure our workforce is diverse and to foster a culture where employees can thrive and feel empowered to be contributors at the company.





# CONTENT DIVERSIFICATION

As a pioneer in content that represents and appeals to diverse audiences, we are also resolute that diversity, equity and inclusion must be reflected within our content and behind the scenes. Our suite of talent initiatives develop and sustain a pipeline of diverse creators. We also work to amplify the voices of marginalized communities and condemn all forms of hate.

LEARN MORE →



 ABOUT    NEWS    CAREERS    INCLUSION & IMPACT    INVESTORS    

# COMMUNITY LINKAGES

From content to causes, from developing our employees to diversifying our suppliers, we recognize the importance of partnering with organizations and content creators around the globe. We establish and grow meaningful relationships with our partners, and provide financial, educational and community support to marginalized communities, especially in times of cultural unrest or crisis.

LEARN MORE →



## WORKFORCE DEMOGRAPHICS

A diverse employee base that reflects the communities where we live and work is a business imperative.

## SUPPLIER DIVERSITY

We ensure diverse suppliers have opportunities in our supply chain and actively engage with MWBEs to drive business results and address inequities.

## CAREERS

We need diverse, passionate people who want to leave a positive mark on culture. Join us and help create the future of media.

| About | News | Careers | Inclusion & Impact | Investors | Streaming Services |
|---|---|---|---|---|---|
| Brands | Press Releases | Benefits | Diversity & Inclusion | Quarterly Results ↗ | |
| Businesses | Press Express ↗ | Life at Paramount | ESG & Sustainability | Events & Webcasts ↗ | |
| Leadership | | Streaming Jobs | Global Impact | SEC Filings ↗ | |
| Mission & Values | | Technology Jobs | Content for Change ↗ | Press Releases ↗ | |

Document title: Inclusion | Paramount
Capture URL: https://www.paramount.com/inclusion-impact/inclusion
Capture timestamp (UTC): Thu, 23 May 2024 01:06:55 GMT

Exhibit C
Page 17



ABOUT    NEWS    CAREERS    INCLUSION & IMPACT    INVESTORS

# LINKAGES

From content to causes, from developing our employees to diversifying our suppliers, we recognize the importance of partnering with organizations and content creators around the globe. We establish and grow meaningful relationships with our partners, and provide financial, educational and community support to marginalized communities, especially in times of cultural unrest or crisis.

LEARN MORE →



## WORKFORCE DEMOGRAPHICS

A diverse employee base that reflects the communities where we live and work is a business imperative.

## SUPPLIER DIVERSITY

We ensure diverse suppliers have opportunities in our supply chain and actively engage with MWBEs to drive business results and address inequities.

## CAREERS

We need diverse, passionate people who want to leave a positive mark on culture. Join us and help create the future of media.

| About | News | Careers | Inclusion & Impact | Investors | Streaming Services |
|---|---|---|---|---|---|
| Brands | Press Releases | Benefits | Diversity & Inclusion | Quarterly Results ↗ | |
| Businesses | Press Express ↗ | Life at Paramount | ESG & Sustainability | Events & Webcasts ↗ | |
| Leadership | | Streaming Jobs | Global Impact | SEC Filings ↗ | |
| Mission & Values | | Technology Jobs | Content for Change ↗ | Press Releases ↗ | |
| History | | Internships | | | |
| | | Applicant Login ↗ | | | |



Copyright © 2024 Paramount – All Rights Reserved.

Terms of Use    Privacy Policy    Contact Us    Your Privacy Choices    California Notice