1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BENEKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CBS STUDIOS, INC. and PARAMOUNT GLOBAL,<br><br>　　　　Defendants. | Case No.: 2:24-cv-01659-JFW-SSC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS THIRD AMENDED COMPLAINT [DKT NO. 45]** |

Before the Court is Defendants CBS Studios Inc. and Paramount Global's Motion To Dismiss Plaintiff Brian Beneker's Third Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons explained in the Statement of Decision filed concurrently, the Motion To Dismiss is **GRANTED** and the Third Amended Complaint is **DISMISSED WITH PREJUDICE**.

　　**IT IS SO ORDERED**.

Dated:_____

　　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE