```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         December 6, 2024

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY: Natalie L. Calkins  DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge ANNE HWANG | ORDER OF THE CHIEF JUDGE<br><br>**24-200** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Anne Hwang,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge John F. Walter to the calendar of Judge Anne Hwang:

| | |
|---|---|
| 2:20-cv-09965-JFW-ASx | Center For Biological Diversity v. Armando Quintero et al |
| 2:23-cv-07796-JFW-MAAx | TT by and through her Guardian ad litem v. Los Angeles Unified School District et al |
| 2:24-cv-01659-JFW-SSCx | Brian Beneker v. CBS Studios, Inc. et al |
| 2:24-cv-04748-JFW-Ex | Angel Bazan v. Wal-Mart Associates, Inc. et al |
| 2:24-cv-06287-JFW-SSC | Erick Douglas Rodriguez v. Martin OMalley |
| 2:24-cv-06935-JFW-SKx | Maria Guerra v. Costco Wholesale Corporation |
| 2:24-cv-09169-JFW-AGRx | Sky Miller v. County of Los Angeles et al |
| 2:24-cv-09620-JFW-PVCx | Angela Tisdale et al v. Apria Healthcare LLC |
| 2:24-cv-09711-JFW-MARx | Na Liu v. Alejandro Mayorkas et al |
| 2:24-cv-10234-JFW-MAAx | Mario Mendoza v. Harold Tsum Lee et al |
| 5:24-cv-02175-JFW-SHK | Eugene Red Protsman v. Pennington et al |
| 8:24-cv-02350-JFW-RAOx | Ameris Bank v. Real Quest Pizza LLC et al |
| 8:24-cv-02422-JFW-JDEx | Luis Saul Bautista Martinez v. Nuvision Credit Union |

| In the Matter of the Creation of Calendar for District Judge Anne Hwang | 2 |
|---|---|

On all documents subsequently filed in the case, please substitute the Judge initials "AH" after the case number in place of the initials of the prior Judge.

DATED:  December 6, 2024

_____
Chief Judge Dolly M. Gee