MOLLY M. LENS (S.B. #283867)
mlens@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

NATASHA W. TELEANU (*pro hac vice*)
nteleanu@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone: +1 212 326 2000
Facsimile: +1 212 326 2061

JOSHUA REVESZ (*pro hac vice*)
jrevesz@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for Defendants CBS Studios Inc. and Paramount Global*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BENEKER,<br><br>Plaintiff,<br><br>v.<br><br>CBS STUDIOS, INC. and PARAMOUNT GLOBAL,<br><br>Defendants. | Case No.: 2:24-cv-01659-AH-SSC<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT CONFERENCE/MEDIATION**<br><br>Judge: Hon. Anne Hwang<br><br>Third Amended Complaint Filed: June 10, 2024 |

In accordance with the Court's Scheduling Order, Dkt. 53, Plaintiff Brian Beneker and Defendants CBS Studios Inc. ("CBS") and Paramount Global ("Paramount") (collectively, the "Parties"), by and through their respective undersigned counsel, submit the following Joint Status Report regarding the status of their settlement negotiations.

On December 10, 2024, the Parties mediated the case with Hon. Mitchell Beckloff (Ret.) of Signature Resolution. To date, the Parties have not resolved the matter.

Dated: January 10, 2025

**O'MELVENY & MYERS LLP**

By: *Molly M. Lens* (signature)
    Molly M. Lens

Molly M. Lens
*Attorneys for Defendants CBS Studios Inc. and Paramount Global*

Dated: January 10, 2025

**JW HOWARD | ATTORNEYS, LTD.**
**AMERICA FIRST LEGAL FOUNDATION**

By:    /s/ *John W. Howard*
    John W. Howard

John W. Howard
*Attorneys for Plaintiff Brian Beneker*

## Attestation

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 10, 2025                    **O'MELVENY & MYERS LLP**

By: _/s/ Molly M. Lens_
Molly M. Lens