1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN BENEKER,<br><br>    Plaintiff,<br><br>    v.<br><br>CBS STUDIOS, INC. and PARAMOUNT GLOBAL,<br><br>    Defendants. | Case No.: 2:24-cv-01659-AH-SSCx<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING LAST DATE FOR HEARINGS [67]**<br><br>**[NOTE CHANGES MADE BY COURT]** |

On January 15, 2025, Plaintiff Brian Beneker ("Plaintiff") and Defendants CBS Studios Inc. and Paramount Global ("Defendants" and together with Plaintiff, the "Parties") filed a Joint Stipulation Regarding Last Date For Hearings. Subject to the Court's approval, the Parties jointly stipulated that the last day for hearings be continued from Monday, March 10, 2025 to Wednesday, April 2, 2025.

1  The Court, having considered the stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS that the last day for hearings is continued from Monday, March 10, 2025 to Wednesday, April 2, 2025.

The Final Pretrial Conference is continued to May 7, 2025 at 1:30 p.m. The parties are ordered to review and comply with the requirements and deadlines set forth in the Court's Standing Order and Order Setting Scheduling Conference, available on the Court's webpage.

**IT IS SO ORDERED.**

Dated: JANUARY 15, 2025

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE