1  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
2  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
3  Los Angeles, California  90067-6035
   Telephone:  +1 310 553 6700
4  Facsimile:   +1 310 246 6779

5  NATASHA W. TELEANU (*pro hac vice*)
   nteleanu@omm.com
6  O'MELVENY & MYERS LLP
   1301 Avenue of the Americas, 17th Floor
7  New York, New York 10019
   Telephone:  +1 212 326 2000
8  Facsimile:   +1 212 326 2061

9  JOSHUA REVESZ (*pro hac vice*)
   jrevesz@omm.com
10 O'MELVENY & MYERS LLP
   1625 Eye Street NW
11 Washington, DC 20006
   Telephone:  +1 202 383 5300
12 Facsimile:   +1 202 383 5414

13 *Attorneys for Defendants CBS Studios Inc. and Paramount Global*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BENEKER,<br><br>    Plaintiff,<br><br>    v.<br><br>CBS STUDIOS, INC. and PARAMOUNT GLOBAL,<br><br>    Defendants. | Case No.: 2:24-cv-01659-AH-SSC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Anne Hwang<br><br>Third Amended Complaint Filed: June 10, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brian Beneker, on the one hand, and Defendants CBS Studios Inc. and Paramount Global, on the other, by and through their undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein, be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: April 14, 2025

**O'MELVENY & MYERS LLP**

By: */s/ Molly M. Lens*
Molly M. Lens

*Attorneys for Defendants CBS Studios Inc. and Paramount Global*

Dated: April 15, 2025

**JW HOWARD | ATTORNEYS, LTD.**
**AMERICA FIRST LEGAL FOUNDATION**

By: */s/ John W. Howard*
John W. Howard

*Attorneys for Plaintiff Brian Beneker*

## Attestation

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 18, 2025          **O'MELVENY & MYERS LLP**

By: *[signature]*
Molly M. Lens