# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BENEKER, | Case No.: 2:24-cv-01659-AH-SSCx |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [DKT NO. 69]** |
| v. | |
| CBS STUDIOS, INC. and PARAMOUNT GLOBAL, | **[JS-6]** |
| Defendants. | |

1   On April 18, 2025, Plaintiff Brian Beneker ("Plaintiff") and Defendants CBS Studios Inc. and Paramount Global ("Defendants" and together with Plaintiff, the "Parties") filed a Joint Stipulation For Dismissal with Prejudice. Having considered the Parties' Joint Stipulation for Dismissal with Prejudice, the files and records of this action, and all other matters properly submitted to the Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation for Dismissal with Prejudice is **GRANTED**. This entire action is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: APRIL 21, 2025

_____
Hon. Anne Hwang
United States District Judge